In the Matter of CHRISTOPHER R. TRIMBLE, as Administrator with the Will Annexed of MAE MALONE, Deceased, Respondent, against the POLICE COMMISSIONER OF THE CITY OF NEW YORK et al., Appellants.

Submitted July 14, 1954; decided July 14, 1954.

*Arthur A. Beaudry* for motion.

*Adrian P. Burke, Corporation Counsel* (*Henry J. Shields* of counsel), opposed.

Motion denied.